IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE MLLD FARMS, INC., <br><br> Debtor. | 4:18CV3080 <br><br> **ORDER** |

On June 1, 2018, the Court ordered the debtor to designate the record on appeal and order a transcript of the relevant proceedings as provided by Federal Rule of Bankruptcy Procedure 8009. To date, the debtor has not complied with that order. Debtor shall have until July 30, 2018, to (1) file a designation of the record on appeal, order a transcript of the relevant proceedings, and otherwise comply with this Court's June 1, 2018 Order or (2) show cause why this appeal should not be dismissed. Failure to comply with this order may result in this appeal being dismissed without further notice.

IT IS SO ORDERED.

Dated this 20th day of July 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge